**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x
**SEIU LOCAL 74 WELFARE FUND and**
**DEFINED CONTRIBUTION FUND, By Their**
**Trustees SAL ALLADEEN and JAMES**
**KOSLOSKI,**    **ORDER**
                 **06-CV-5559 (NG)(RLM)**
        **Plaintiffs,**

   -against-

**SES OPERATING CORP. d/b/a HARLEM**
**EAST LIFE PLAN,**

        **Defendants.**
------------------------------------------------------------------ x

**GERSHON, United States District Judge:**

    In this action to recover money owed pursuant to certain collective bargaining agreements, plaintiffs, on February 7, 2007, filed a motion for the entry of default judgment. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of Court entered a notation of defendant's default on March 13, 2007. **The Court hereby grants judgment by default to plaintiff pursuant to Rule 55(b)(2).** The matter is referred to the Honorable Roanne L. Mann, United States Magistrate Judge, for a report and recommendation to determine the scope of relief, including damages, interest, costs, and attorney's fees, if any, owed to plaintiffs.

                                                **SO ORDERED.**

                                                  /s/ *Nina Gershon*
                                                **NINA GERSHON**
                                                **United States District Judge**

Dated: March 15, 2007
      Brooklyn, New York